ERIC GRANT
United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAVINDER SINGH,<br>Plaintiff,<br>v.<br>USCIS, et al.,<br>Defendants. | CASE NO. 2:26-CV-02903-TLN JDP<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

Defendants respectfully request an extension of time to respond to the Complaint, and Plaintiff does not oppose this request. On September 2, 2026, Plaintiff Ravinder Singh ("Plaintiff") filed a complaint seeking relief under the Administrative Procedures Act relating to alleged delay in adjudication of his pending I-485 Application to Adjust Status ("Application"). The Complaint was served on September 10, 2026, making the current response deadline November 9, 2026. Agency counsel very recently advised that the agency is requesting physical transfer of the file for review, and this transition has delayed the further review necessary to adjudicate the subject Application; because of this status, counsel for Defendants has as yet been unable to obtain information about the status of Plaintiff's I-485 Application and the agency position regarding Plaintiff's allegations. As such, the parties are unable to meet and confer to meaningfully discuss this case. Based on this status, the parties stipulate and jointly request an extension of the current deadline for Defendants to respond for a period of approximately thirty (30) days. The parties further request that all other associated dates, including any status or scheduling conferences and/or filing deadlines, be similarly extended.

Based on the foregoing, the parties stipulate that the new date for Defendants to file an answer or other dispositive pleading is December 9, 2026. The parties further request that all other associated dates, including any status or scheduling conferences and/or filing deadlines, be similarly extended.

DATED: November 9, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By: */s/ Catherine J. Swann*
CATHERINE J. SWANN
Assistant United States Attorney
Counsel for the United States

By: */s/ /Christina Castro Sullivan (as authorized on November 9, 2026)*
CHRISTINA CASTRO SULLIVAN
Counsel for Plaintiff

**IT IS SO ORDERED.**

Dated: November 9, 2026

Troy L. Nunley
Chief United States District Judge